IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TANYA KAY ANDERSON,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No. 14-cv-349-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Tanya Kay Anderson's motion for post judgment relief under 28 U.S.C. § 2255.

    s/ R.Plender, Deputy Clerk　　　　　　　9/30/2014
    Peter Oppeneer, Clerk of Court　　　　　　　Date